NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

**Julie A. Ault, Esq. (Bar No. 186914)**

**Kaelee M. Gifford, Esq. (Bar No. 303533)**

**7 Corporate Plaza Dr**

**Newport Beach, CA 92660**

ATTORNEY(S) FOR:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| Olen Properties Corp., a Florida Corporation; Igor Olenicoff, an individual <br><br> Plaintiff(s), | 8:22-cv-758 |
| v. <br><br> AMERICAN EXPRESS COMPANY, a New York corporation; et al. <br><br> Defendant(s) | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> (Local Rule 7.1-1) |

TO:      THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for **Olen Properties Corp. and Igor Olenicoff**
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in
the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification
or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Olen Properties Corp., a Florida Corporation | Plaintiff |
| Igor Olenicoff, an individual | Plaintiff |
| My Rusalka, Inc.; a Delaware Corporation | Interested Party |

**April 4, 2022**

Date

Signature

Attorney of record for (or name of party appearing in pro per):

**Kaelee M Gifford**

CV-30 (05/13)                          NOTICE OF INTERESTED PARTIES