**AKERMAN LLP**
KANIKA D. CORLEY (SBN 223607)
*kanika.corley@akerman.com*
601 W. Fifth Street, Suite 300
Los Angeles, California 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

Attorneys for Defendants BROOKFIELD HOSPITALITY
PROPERTIES, LLC; ISLAND HOTEL COMPANY LIMITED, a
Bahamian Company

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION - SANTA ANA

| | |
|---|---|
| OLEN PROPERTIES, CORP. a Florida corporation; IGOR OLENICOFF, an individual<br><br>        Plaintiffs,<br><br>v.<br><br>AMERICAN EXPRESS COMPANY, a New York corporation; ISLAND HOTEL COMPANY LIMITED, a Bahamian company dba ATLANTIS PARADISE ISLAND RESORT; BROOKFIELD HOSPITALITY PROPERTIES, LLC, a Delaware limited liability company; Marriott International, Inc.; and DOES 1 through 100 inclusive,<br><br>        Defendants. | CASE NO. 8:22-cv-00758-ADS<br><br>The Honorable Autumn D. Spaeth<br><br><br>**STIPULATION AND [PROPOSED] ORDER:**<br>**(1) EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT; AND**<br>**(2) SETTING BRIEFING SCHEDULE ON ANY MOTION TO DISMISS**<br><br><br>Complaint Filed: 04/04/2022 |

**AKERMAN LLP**
601 WEST FIFTH STREET SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

1

AKERMAN LLP
601 WEST FIFTH STREET SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX (213) 627-6342

Pursuant to Federal Rule of Civil Procedure 6(b) and Civil Local Rule 7-1, Defendants BROOKFIELD HOSPITALITY PROPERTIES, LLC and ISLAND HOTEL COMPANY LIMITED, a Bahamian Company (collectively "Defendants") and Plaintiffs OLEN PROPERTIES, CORP. a Florida corporation; IGOR OLENICOFF, an individual, (collectively "Plaintiffs" together with Defendants, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiffs filed the Complaint (Dkt. 1) on April 4, 2022;

WHEREAS, on April 25, 2022, Plaintiffs purported to serve the Summons and Complaint on Defendant Brookfield Hospitality Properties, LLC, and on May 2, 2022, Plaintiff and Defendant Brookfield Hospitality Properties, LLC entered into a stipulation pursuant to Local Rule 7-1, extending Brookfield Hospitality Properties, LLC's deadline to respond to the Complaint to May 31, 2022;

WHEREAS, Plaintiffs have taken steps to serve the Summons and Complaint on Defendant Island Hotel Company Limited, a Bahamian Company, and without conceding that proper service has occurred, Defendant Island Hotel Company Limited, a Bahamian Company accepts service of the Summons and Complaint as of May 27, 2022;

WHEREAS, the Parties have met and conferred and agree that, in the interest of judicial economy and efficient case management, Defendants should answer, move or otherwise respond to the Complaint on the same date, and, to the extent they move to dismiss the Complaint, any motions to dismiss should be briefed on a coordinated schedule and heard on the same date;

WHEREAS, the Parties have agreed to the following briefing schedule: Defendants will answer, move or otherwise respond to the Complaint by June 13, 2022. Plaintiffs' oppositions to any motions to dismiss are due on or before July 6, 2022, and Defendants' reply briefs are due on or before July 20, 2022. The hearing on any motions to dismiss will be scheduled for Wednesday, August 3, 2022 at 10:00 AM or at a date and time thereafter convenient for the Court.

IT IS HEREBY STIPULATED AND AGREED, pursuant to Civil Local Rule 7-1, and subject to Court approval, by and between the undersigned counsel for the undersigned Parties, as follows:

1. Defendants shall answer, move, or otherwise respond to the Complaint on or before June 13, 2022.

2. Plaintiffs' oppositions to any motions to dismiss will be due on or before July 6, 2022.

3. Defendants' reply briefs in support of any motions to dismiss will be due on or before July 20, 2022.

4. The hearing on any motions to dismiss will be scheduled for Wednesday, August 3, 2022 at 10:00 AM or at a date and time thereafter convenient for the Court.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

AKERMAN LLP
601 WEST FIFTH STREET SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

5. This stipulation does not waive any of the Defendants' rights or defenses in this action, including but not limited to, those set forth in Federal Rule of Civil Procedure 12(b), including lack of personal jurisdiction.

DATED: May 27, 2022           **AKERMAN LLP**


By: */s/ Kanika D. Corley*_____
    Kanika D. Corley
    Attorneys for Defendants
    BROOKFIELD HOSPITALITY
    PROPERTIES, LLC; ISLAND HOTEL
    COMPANY LIMITED, a Bahamian
    Company

DATED: May 27, 2022


By: */s/ Kaelee M. Gifford*_____
    Kaelee M. Gifford
    Attorneys for Plaintiffs
    OLEN PROPERTIES, CORP.; IGOR
    OLENICOFF



      Pursuant to Local Rule 5-4.3.4(a)(2)(i), signatories hereby do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

AKERMAN LLP
601 WEST FIFTH STREET SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

4