AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION - SANTA ANA

| | |
|---|---|
| OLEN PROPERTIES, CORP. a Florida corporation; IGOR OLENICOFF, an individual<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN EXPRESS COMPANY, a New York corporation; ISLAND HOTEL COMPANY LIMITED, a Bahamian company dba ATLANTIS PARADISE ISLAND RESORT; BROOKFIELD HOSPITALITY PROPERTIES, LLC, a Delaware limited liability company; Marriott International, Inc.; and DOES 1 through 100 inclusive,<br><br>Defendants. | CASE NO. 8:22-cv-00758-ADS<br><br>The Honorable Autumn D. Spaeth<br><br>**[PROPOSED] ORDER REGARDING: (1) EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT; AND (2) SETTING BRIEFING SCHEDULE ON ANY MOTION TO DISMISS** |

1

The Court, having read and considered the parties' Joint Stipulation (1) Extending Time for Defendants to Respond to Complaint; and (2) Setting Briefing Schedule on Any Motion to Dismiss, and good cause appearing, hereby ORDERS as follows:

1. Defendants BROOKFIELD HOSPITALITY PROPERTIES, LLC and ISLAND HOTEL COMPANY LIMITED, a Bahamian Company ("Defendants") shall answer, move, or otherwise respond to the Complaint on or before June 13, 2022.

2. Plaintiffs OLEN PROPERTIES, CORP. a Florida corporation; IGOR OLENICOFF, an individual ("Plaintiffs") shall oppose any motions to dismiss on or before July 6, 2022.

3. Defendants' reply briefs in support of any motions to dismiss will be due on or before July 20, 2022.

4. The hearing on any motions to dismiss will be scheduled for Wednesday, August 3, 2022 at 10:00 AM or at a date and time thereafter convenient for the Court.

5. This order does not waive any of the Defendants' rights or defenses in this action, including but not limited to, those set forth in Federal Rule of Civil Procedure 12(b), including lack of personal jurisdiction.

**IT IS SO ORDERED.**

DATED: _____    _____
                                   Honorable Autumn D. Spaeth
                                   United States District Court Judge